BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*admitted pro hac vice*)
wisaacson@bsfllp.com
David Boyd (*admitted pro hac vice*)
dboyd@bsfllp.com
Jonathan M. Shaw (*admitted pro hac vice*)
jshaw@bsfllp.com
5301 Wisconsin Ave.
Washington, DC 20015
Telephone:  202-237-2727
Facsimile:   202-237-6131

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone:  310-752-2400
Facsimile:   310-752-2490

JS-6

BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
Terry W. Bird (SBN 49038)
twb@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Telephone:  310-201-2100
Facsimile:   310-201-2110

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| InfoSpan, Inc. and InfoSpan (Gulf), Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Emirates NBD Bank PJSC, <br><br> Defendant. | Case No.  8:14-CV-1679 JVS (ANx) <br><br> **ORDER ENTERING FINAL JUDGMENT IN FAVOR OF PLAINTIFFS INFOSPAN, INC. AND INFOSPAN (GULF), INC.** <br><br> Complaint Filed: October 17, 2014 |

1   This above-captioned action was compelled to arbitration in California for

2   Plaintiffs InfoSpan, Inc.'s and InfoSpan (Gulf), Inc.'s ("Plaintiffs") claim for

3   declaratory relief against the Defendant Emirates NBD Bank PJSC ("Bank").

4   On September 28, 2015, the Court issued an Order compelling arbitration of

5   Plaintiffs' claim for declaratory relief.  The parties have stipulated the Hon. Gary L.

6   Taylor (ret.) will serve as the arbitrator.  Subsequently, on December 14, 2015, the

7   Court issued an Order denying Plaintiff's Motion to Stay Pending Arbitration while

8   also retaining jurisdiction in this action for the limited purpose of enforcing its

9   Order to compel arbitration.  The Court now issues a final judgment as follows:

10   1.   Judgment is entered in Plaintiffs' favor on the Bank's Motion to Dismiss

11   for Lack of Jurisdiction and Improper Venue, as set forth in the Minute Order

12   issued on July 27, 2015.

13   2.   Judgment is entered in Plaintiffs' favor on Plaintiffs' Motion to Compel

14   Arbitration, as set forth in the Minute Order issued on September 28, 2015.

15   3.   Judgment is entered in the Bank's favor on Plaintiffs' Motion to Stay

16   Pending Arbitration, as set forth in the Minute Order issued on December 14, 2015.

17   4.   All other claims asserted and parties named in this action were previously

18   dismissed with prejudice or are hereby dismissed with prejudice.

19   5.   The Court retains jurisdiction in this action for the limited purpose of

20   enforcing its Order to compel arbitration.

21   6.   As the prevailing parties in this litigation, Plaintiffs are entitled to recover

22   costs. Fed. R. Civ. P. 54(d)(1); Civ. L.R. 54-1.  In accordance with Local Rule

23   ///

24   ///

25   ///

26   ///

27

28

1                    [PROPOSED] FINAL JUDGMENT IN
                     FAVOR OF PLAINTIFFS

54-2, Plaintiffs shall file their Notice of Application to the Clerk to Tax Costs and Proposed Bill of Costs within fourteen (14) days after the entry of this judgment.

IT IS SO ORDERED.

Dated: January 04, 2016

_____
Hon. James V. Selna
United States District Judge

[PROPOSED] FINAL JUDGMENT IN
FAVOR OF PLAINTIFFS